# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 21, 2018

## NO. 03-16-00580-CV

**Aaron V. Bishop; Ronald J. Booker; Richard Burns; Albert Cortez, Jr.; Eric De Los Santos; Jovita Lopez; Aurelio Martinez; Norris McKenzie; Tomas Montez; Henry D. Moreno; Ricardo Pelayo; Jesse Prado; Oscar Ramirez; James Stanesic; Lester Vanzura; et al., Appellants**

**v.**

**The City of Austin, Appellee**

### APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND BOURLAND
### AFFIRMED—OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the district court's orders granting summary judgment in favor of the City of Austin on August 12, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's orders. Therefore, the Court affirms the district court's orders. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.